[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10331

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RODNEY LEWIS MOORE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 3:19-cr-00035-CAR-CHW-1

_____

2                      Opinion of the Court                      24-10331

Before WILSON, JORDAN, and LAGOA, Circuit Judges.

PER CURIAM:

Markus F. Boenig, counsel for Rodney Lewis Moore in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moore's conviction and sentence are **AFFIRMED**.